ELADIO S. LEON, PLAINTIFF-APPELLANT v. BOARD OF REVIEW, DIVISION OF EMPLOYMENT SECURITY, DEPARTMENT OF LABOR AND INDUSTRY, STATE OF NEW JERSEY; AND DANIEL S. HUBBELL, CHAIRMAN OF THE BOARD OF REVIEW OF THE DEPARTMENT OF LABOR AND INDUSTRY; AND C. J. G. LUMBER COMPANY, DEFENDANTS-RESPONDENTS.

Argued September 26, 1972—Decided September 26, 1972.

*Mr. Steven Pfeffer* argued the cause for plaintiff-appellant (Legal Aid Society of Mercer County, attorney, *Ms. Alice Ashley Costello,* director).

*Mr. Theodore Winard,* Assistant Attorney General, argued the cause for respondent (*Mr. George F. Kugler, Jr.,* Attorney General of New Jersey, attorney; *Ms. Virginia Long Annich,* Assistant Attorney General, of counsel; *Mr. J. Leo Motiuk and Ms. Mary Ann Burgess,* Deputy Attorney General, on the brief).

PER CURIAM. A petition for certification having been submitted to this Court, and the Court having considered the same,

It is hereupon Ordered that the petition for certification is granted (62 *N. J.* 80) and the appeal is to be allowed and the matter is sent back to the Board of Review for further proceedings as if the notice of appeal had been filed in time.

*For remandment* — Chief Justice WEINTRAUB, Justices JACOBS, PROCTOR, HALL and MOUNTAIN and Judges CONFORD and SULLIVAN—7.

*Opposed*—None.